Jimmy T. WARLICK, Appellant,

v.

STATE of Texas, Appellee.

No. 33206.

Court of Criminal Appeals of Texas.

March 29, 1961.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Judge.

This is a conviction for the intoxicated-driving of a motor vehicle upon a public highway, with punishment assessed at three days in jail and a fine of $50.

The record before us contains neither a recognizance nor an appeal bond, nor is there a showing that appellant is in custody, in the absence of which this court—in a misdemeanor—has no jurisdiction to enter any order other than to dismiss the appeal. Grant v. State, 110 Tex.Cr.R. 9, 7 S.W.2d 90; Griffin v. State, 160 Tex.Cr.R. 478, 272 S.W.2d 526.

The appeal is dismissed.

WOODLEY, P. J., absent.